NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**IN RE: A.H.C.S., INC.,**
*Appellant*

_____

2018-1013

_____

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86782221.

_____

**JUDGMENT**

_____

JAMES A. KNOWLTON, Law Office of James A Knowlton, Basalt, CO, argued for appellant.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, CHRISTINA J. HIEBER, MARY BETH WALKER.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MOORE and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 13, 2018          /s/ Peter R. Marksteiner
       Date               Peter R. Marksteiner
                          Clerk of Court